BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone (510) 337-1001
Facsimile  (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>RMT LANDSCAPE CONTRACTORS, INC., A California Corporation,<br><br>Defendant. | No.   C 08 4586 JL<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER** |

**TO:   THE CLERK OF THE COURT AND DEFENDANT RMT LANDSCAPE CONTRACTORS, INC., A California Corporation:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial case management conference scheduled for January 7, 2009 be continued for ninety days.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order
Case No. C 08 4586 JL

1  Plaintiffs served Defendant with the complaint on October 14, 2008, for which proofs of
2  service were filed before this Court with the Summons evidencing such service on October 28,
3  2008.  Given that Defendant RMT Landscape, Inc. has not responded to the Complaint, Plaintiffs
4  are filing a Request for Entry of Default concurrently with this request.  Plaintiffs wish to continue
5  the Case Management Conference for ninety days.

   The above stated facts are set forth in the accompanying declaration of Concepción E.
   Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference,
   filed herewith.

Dated: December 19, 2008

                               WEINBERG, ROGER & ROSENFELD
                               A Professional Corporation


                               By:  _____/s/_____
                                    CONCEPCIÓN E. LOZANO-BATISTA

119542/515407


### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management
Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to
Continue Case Management Conference, the Court orders a continuance of the case management
conference for ninety days.  In addition, the Court Orders:
The Case Management Conference has been continued to April 8, 2009 at 10:30 a.m.

DATED: December 23, 2008

                               _____
                               HONORABLE JAMES LARSON
                               **JUDGE OF THE DISTRICT COURT**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 2 -

Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order
Case No. C 08 4586 JL